# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLYNNE M. JONES, III, ET AL

VERSUS

GARY L. FOGG

NO.  2021 CW 1611

**FEBRUARY 14, 2022**

---

In Re:    Gary L. Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2021-11676.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.** In light of defendant/relator, Gary L. Fogg's, June 10, 2021 Appellate Pauper Order, of which he complied by paying the initial filing fee, the district court erred in ordering Fogg pay costs associated with the preparation of a hearing transcript from August 3, 2021. As such, the district court is ordered to have the August 3, 2021 hearing transcript produced by the court reporter and then forwarded to relator.

**JEW**
**MRT**

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT